No. 2023-1933

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

REPWIRE LLC,
Plaintiff-Appellant,

JIN TIONG ELECTRICAL
MATERIALS MANUFACTURER
PTE. LTD.,
Plaintiff-Appellant

v.

UNITED STATES
Defendant-Appellee,

SOUTHWIRE COMPANY, LLC
Defendant-Appellee,

ENCORE WIRE CORPORATION
Defendant-Appellee

NOTICE OF SUBSTITUTION OF PRINCIPAL COUNSEL

Pursuant to Rule 47.3 of the Rules of this Court, defendant-appellee, the United States, respectfully requests permission to substitute principal counsel in this appeal. Current principal counsel, Mr. Eric Singley, has left the Department of Justice and must therefore be replaced by another attorney. We respectfully request that the Court grant this motion and accept for filing the attached Entry of

Appearance found in Exhibit A. Undersigned counsel has contacted counsel for the plaintiff-appellants, who indicated by email on January 26, 2024 that they do not oppose this motion. Undersigned counsel also contacted counsel for defendant-appellee Southwire Company, LLC, and counsel for defendant-appellee Encore Wire Corporation, both of whom also indicated by email on January 26, 2024 that they do not oppose this motion.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant
        Attorney General

        PATRICIA M. McCARTHY
        Director

        <u>/s/ Reginald T. Blades, Jr.</u>
        REGINALD T. BLADES, JR.
        Assistant Director

        <u>/s/ Kelly Geddes</u>
        KELLY GEDDES
        Trial Attorney
        Commercial Litigation Branch
        Civil Division
        Department of Justice
        P.O. Box 480, Ben Franklin Station
        Washington, D.C. 20044
        Tel.: (202) 307-2867
        Email: Kelly.Geddes2@usdoj.gov

January 26, 2024        *Attorneys for Defendant-Appellee*

# EXHIBIT A

FORM 8A. Entry of Appearance   Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-1933

**Short Case Caption:** Repwire v. United States

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| United States | |
|---|---|
| **Principal Counsel:** Kelly Geddes | Admission Date: N/A |
| Firm/Agency/Org.: United States Department of Justice, Commercial Litigation Branch | |
| Address: PO Box 480, Ben Franklin Station, Washington, DC 20044 | |
| Phone: (202) 307-2867 | Email: Kelly.Geddes2@usdoj.gov |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 1/26/24    Signature: /s/ Kelly Geddes

Name: Kelly Geddes