NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**REPWIRE LLC, JIN TIONG ELECTRICAL MATERIALS MANUFACTURER PTE. LTD.,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, SOUTHWIRE COMPANY, LLC,**
*Defendants-Appellees*

**ENCORE WIRE CORPORATION**
*Defendant*

2023-1933

Appeal from the United States Court of International Trade in Nos. 1:22-cv-00016-JCG, 1:22-cv-00023-JCG, Judge Jennifer Choe-Groves.

**O R D E R**

Encore Wire Corporation filed an amended entry of appearance for Myles S. Getlan, James E. Ransdell, and Chase J. Dunn which the court found to be non-compliant. Pursuant to the court's notice of non-compliance, failure to timely file a corrected version may result in the document being stricken. As Encore Wire Corporation has failed to timely respond to the court's notice,

IT IS ORDERED THAT:

The amended entry of appearance is stricken.

FOR THE COURT

June 27, 2024
Date

Jarrett B. Perlow
Clerk of Court